CITY OF NEW YORK, Appellant, *v.* MARION C. HALL et al., as Administrators of the Estate of JOSEPH H. HALL, Deceased, Respondents. '

In the Matter of the Application of Defendants for an Order Dismissing the Complaint and Canceling a Tax against Them as Administrators.

*City of New York* v. *Hall,* 148 App. Div. 917, affirmed.
(Argued November 18, 1912; decided December 3, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1912, which affirmed an order of Special Term granting a motion under section 301 of the Tax Law to cancel an assessment for purposes of taxation and to dismiss an action brought to recover such tax.

*Archibald R. Watson, Corporation Counsel* (*Curtis A. Peters* and *William H. King* of counsel), for appellant.

*William H. Blain* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.